In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Appellants, Relative to acquiring Title to Real Property in the County of Delaware for the City of New York. GEORGE LIDDLE et al., Doing Business as LIDDLE BROS. et al., Respondents.—

614

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.